# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

LINDA M. KLEMM
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

September 29, 2026

Emilio Arner-Ortiz
2025000842
Milwaukee County Jail
949 N 9th St
Milwaukee, WI 53233

Re: **Arner-Ortiz v. Borowski et al**
**Case No. 2:26-cv-01782-JPS**

Dear Emilio Arner-Ortiz:

This case has been assigned to Judge JP Stadtmueller, who presides in the Milwaukee Division of the Court. Please mail all future filings for this case to: United States District Court, Office of the Clerk, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202.

Please read the numbered paragraphs below. Failure to comply with either of these requirements may result in the Court's dismissal of your case without further notice.

1. The court will communicate with you through the mail. If your mailing address changes while this case is pending, you must immediately notify the court.
2. The court has received your Request to Proceed in District Court Without Prepaying the Filing Fee. **You must also submit a certified copy of your institutional trust account statement for the past six months within 21 days of the date of this letter.**

A form regarding magistrate judge jurisdiction is enclosed for your consideration. This form must be returned to the Court within 21 days of the date of this letter.

Very truly yours,

LINDA M. KLEMM
CLERK OF COURT

s/B. Xiong
Deputy Clerk